**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WORLD WIDE TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-1815 CAS |
| ) | |
| MARK BENNETTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having granted Plaintiff World Wide Technologies, Inc.'s ("WWT") Motion for a Temporary Restraining Order, and pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, this Court hereby orders that WWT shall post a bond in the amount of $75,000.00, as security for the payment of costs and damages (if any) as may be sustained by defendant Mark Bennetts if he is found to have been wrongly restrained. The bond shall be payable to the Clerk of Court by 9:00 a.m. November 12, 2009.

                                                                        **CHARLES A. SHAW
                                                                        UNITED STATES DISTRICT JUDGE**

Dated this __10th__ day of November, 2009.